UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 13  P 2: 14

SIGN_____
BY DEPUTY CLERK

EDWARD SMITH

VERSUS                                              CIVIL ACTION NO.: 06-919-JVP-SCR

THE WACKENHUT CORPORATION

## RULING ON APPEAL

This matter is before the court on an appeal by plaintiff, Edward Smith, of Magistrate Judge Stephen C. Riedlinger's ruling on motion to disqualify dated January 9, 2008 (doc. 41). Plaintiff filed an appeal on January 16, 2008, which the undersigned was not aware of because the papers were not delivered to chambers until on or about June 2, 2008.

The court has reviewed the ruling by the magistrate judge (doc. 41), plaintiff's appeal (doc. 43) as well as the opposition filed by the defendant (doc. 44).

The entire basis of plaintiff's motion to disqualify the magistrate judge is that a series of rulings by the magistrate have been unfavorable to plaintiff. Plaintiff equates this, with absolutely no evidence to support his wild claims, to personal bias.

The court must also comment upon the intemperate language employed by plaintiff in his appeal. Under Rule 12(f) F.R.Civ.Proc., the court may, on its own, order strike from a pleading any immaterial, impertinent, or scandalous matter. This pleading by plaintiff is all of these. Consequently, the court hereby orders that the

last five (5) lines of paragraph 1 on page 2 of the appeal, all of paragraph 2 on pages 2 and 3 of the appeal, and all of paragraph 3 on pages 3 and 4 of the appeal, except the caption be stricken from the record.[1]

Finally, plaintiff is instructed to refrain from personal attacks upon the magistrate judge because of any ruling. Plaintiff is hereby advised that appropriate sanctions will be imposed upon him for any future violation.

The court concludes that plaintiff has failed to show that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

Accordingly, the ruling of Magistrate Judge Stephen C. Riedlinger dated January 9, 2008 (doc. 41) is hereby **AFFIRMED**.

Baton Rouge, Louisiana, June 13, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Incidentally, plaintiff incorrectly cites Local Rule 7.2E which applies only to the Eastern District, not to the Middle District. This court no longer uses that notice system.