UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD SMITH

VERSUS                                           CIVIL ACTION NO.: 06-919-JVP-SCR

WACKENHUT CORPORATION

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 4, 2008 (doc. 53). Plaintiff has filed an objection (doc. 54) which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636. Defendant filed a response to plaintiff's objection (doc. 55).

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, Defendant's Motion for Sanctions Including Dismissal (doc. 47) is hereby **GRANTED** and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 19, 2008.

*[signature]*
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA